Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  20–11270–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Larry Copeland
    131 Cedar Street
    Colonia, NJ 07067
Social Security No.:
    xxx–xx–2272
Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/14/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 15, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Larry Copeland
    Debtor

Case No. 20-11270-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Apr 15, 2020
                    Form ID: 148      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
```
db          +Larry Copeland,   131 Cedar Street,   Colonia, NJ 07067-1605
518678880   +Amherst County Treasurer's Office,   PO Box 449,   Amherst, VA 24521-0449
518678882   +District Court for Chesapeake,   307 Albemarle Dr,   Chesapeake, VA 23322-5578
518678883   +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
518678888   +Nelson County Sheriff's Office,   P.O. Box 36,   Lovingston, VA 22949-0036
518678889   +New Jersey Division of Taxation,   P.O. Box 046,   Trenton, NJ 08646-0046
518678890   +Protas, Spivok, & Collins LLC,   4330 East West Hwy, Suite 900,   Bethesda, MD 20814-4454
518678892   +Vandblt Mtg,   500 Alcoa Trail,   Maryville, TN 37804-5516
518678893   +Wood Rogers,   10 S. Jefferson St Suite 1400,   Roanoke, VA 24011-1327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:13   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518678881   +E-mail/Text: collect@ecsroanoke.com Apr 15 2020 23:12:36   Creditors Collection S,
             PO Box 21504,   Roanoke, VA 24018-0152
518678885    EDI: IRS.COM Apr 16 2020 02:48:00   Internal Revenue Service,   44 South Clinton Ave.,
             Trenton, NJ 08601
518781607    EDI: JEFFERSONCAP.COM Apr 16 2020 02:48:00   Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
518696161    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:45   LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518678887   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:16:35   Lvnv Funding Llc,
             Po Box 10497,   Greenville, SC 29603-0497
518678891   +EDI: CBS7AVE Apr 16 2020 02:48:00   Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
518681908   +EDI: RMSC.COM Apr 16 2020 02:48:00   Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
518706247   +EDI: VAND.COM Apr 16 2020 02:48:00   Vanderbilt Mortgage and Finance, Inc.,   PO Box 9800,
             Maryville, TN 37802-9800
                                                                                     TOTAL: 10
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518678886*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,   P.O. Box 9052,   Andover, MA 01810)
518678884*  +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
```
          Albert Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Peter E. Meltzer   on behalf of Creditor   Vanderbilt Mortgage and Finance, Inc.
          pmeltzer@wglaw.com,   ibernatski@wglaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
```

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 15, 2020
                             Form ID: 148             Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Yakov  Rudikh   on behalf of Debtor Larry  Copeland rudikhlawgroup@gmail.com,
              rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                      TOTAL: 5